mediation hrng notice.wpd

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| T-L BRYWOOD LLC, a Delaware Limited Liability Company, | ) ) ) | CASE NO. 13-21804 - JPK<br>Chapter 11 |
| Debtor. | ) ) | |

ORDER FOR FURTHER PROCEEDINGS

On January 20, 2016, at a hearing held in open court, the debtor T-L Brywood LLC, and its principal creditor RCG-KC Brywood LLC, advised the court that mediation of controversies between them in this case, particularly with respect to competing Chapter 11 plans which each has filed, might be productive.

IT IS ORDERED that a settlement/mediation conference will be held on **March 3, 2016, at 10:00 A.M.**  The Court has reserved the entire day of March 3, 2016, for this conference. The mediation will be undertaken by the undersigned as the mediator.  No additional submissions to the Court shall be required, or allowed – the record as it presently stands will be the sole source of recorded information available to the Court with respect to background concerning the case.

IT IS FURTHER ORDERED that each party shall be represented at the settlement conference by at least one attorney who has formally appeared in this action on behalf of that party, and by such person or persons as are necessary to provide that party with final settlement authority regarding all matters relating to this matter.

IT IS FURTHER ORDERED that in the event the settlement/mediation conference is unsuccessful in concluding this case in full, the Court will thereafter schedule a conference for establishing the framework for further processing of this case.

mediation hrng notice.wpd

Dated at Hammond, Indiana on January 29, 2016.

/s/ J. Philip Klingeberger
J. Philip Klingeberger, Judge
United States Bankruptcy Court

Distribution:
Attorneys of Record
Rev. 01/24/2007

Case 13-21804-jpk    Doc 590    Filed 01/29/16    Page 2 of 2